**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

**YVONNE RIVERA**,

Case No.

**Plaintiff,**

Hon.

**v.**

Mag. J.

**SYNCHRONY FINANCIAL, a Delaware Corporation; and DETROIT TIRE & AUTO SERVICE, a Michigan Corporation**,

**Defendants.**

_______________________________________/

## INDEX OF EXHIBITS

| Exhibit | Description: |
|---|---|
| 1 | 10.13.2019 Synchrony Financial Billing Statement |
| 2 | 10.15.2019 First Synchrony Financial Credit Increase Rejection |
| 3 | 10.24.2019 Second Synchrony Financial Credit Increase Rejection |
| 4 | 10.24.2020 Detroit Tire Invoice |
| 5 | 10.24.2019 Synchrony Financial Billing Statement |
| 6 | 11.12.2019 Synchrony Financial Billing Statement |
| 7 | 01.03.2020 Imperial Auto Invoice |
| 8 | 12.04.2019 Plaintiff’s Letter to Synchrony Financial |
| 9 | 12.16.2019 Synchrony Customer Service Letter |
| 10 | 02.03.2020 Synchrony Billing Dispute Resolution Letter |
| 11 | 01.08.2020 Synchrony Credit Bureau Specialist Letter |
| 12 | 01.12.2020 Synchrony Customer Service Letter |