SYNCHRONY CAR CARE

# Welcome to Synchrony Car Care™

Use your card for all of your auto care needs at thousands of auto parts & service businesses and gas stations nationwide.*

Maintenance Repairs Tires Fuel Oil Changes

Find locations and access your account at **mysynchrony.com/carcare**

*Subject to credit approval. Valid everywhere Synchrony Car Care™ is accepted in the U.S., including Puerto Rico.

0-1 1-2

SYNCHRONY CAR CARE

YVONNE RIVERA
Account Number : [redacted]
Statement Closing Date: 10/13/2019

## Summary of Account Activity

| | |
|---|---|
| Previous Balance | $0.00 |
| + New Purchases | $2,985.00 |
| - Payments | $0.00 |
| +/- Credits, Fees & Adjustments (net) | $0.00 |
| +/- Interest Charge (net) | $0.00 |
| **New Balance** | **$2,985.00** |
| Credit Limit | $4,400.00 |
| Available Credit | $1,415.00 |
| **Days in Billing Period** | 1 |

**Pay online for free at: mysynchrony.com**
**For Synchrony Bank customer service or to report your card lost or stolen, call 866-657-0376.**

Best times to call are Wednesday - Friday.

## Payment Information

| | |
|---|---|
| **New Balance** | **$2,985.00** |
| **Total Minimum Payment Due** | **$150.00** |
| **Payment Due Date** | **11/05/2019** |

**PAYMENT DUE BY 5 P.M. EASTERN ON THE DUE DATE.** We may convert your payment into an electronic debit. See reverse side.

**Late Payment Warning:** If we do not receive your Total Minimum Payment Due by the Payment Due Date listed above, you may have to pay a late fee up to $39.00.

**Minimum Payment Warning:** Making only the Total Minimum Payment Due will increase the amount of interest you pay and the time it takes to repay your balance. For example:

| If you make no additional charges using this card and each month you pay ... | You will pay off the balance shown on this statement in about ... | And you will end up paying an estimated total of ... |
|---|---|---|
| Only the minimum payment | 8 years | $5,707.00 |

If you would like information about credit counseling services, call 1-877-302-8797.

## Promotional Expiration Notification

YOU MUST PAY EACH PROMOTIONAL BALANCE IN FULL BY ITS EXPIRATION DATE TO AVOID PAYING DEFERRED INTEREST CHARGES. PLEASE SEE THE PROMOTIONAL PURCHASE SUMMARY SECTION ON THIS STATEMENT FOR FURTHER DETAILS. YOU HAVE A PROMOTION(S) EXPIRING ON 04/12/20.

* NOTICE: See reverse side and additional pages (if any) for important information concerning your account.

5302 0010 CXH 1 7 10 191013 PAGE 1 of 5 6362 0700 AUN9 01DG5302 155627

Pay online at mysynchrony.com or enclose this coupon with your check. Please use blue or black ink.

SYNCHRONY CAR CARE

| Total Minimum Payment Due | Payment Due Date | New Balance | Account Number |
|---|---|---|---|
| $150.00 | 11/05/2019 | $2,985.00 | [redacted] |

**Payment Enclosed :** $ ☐☐☐☐☐.☐☐

☐ **New address or e-mail? Check the box at left and print changes on back**

If you only pay the Total Minimum Due it may not pay off the Promotional Purchase by the Expiration Date.

YVONNE RIVERA
[redacted]

155627
S310

Make Payment to: SYNCHRONY BANK
PO BOX 960061
ORLANDO, FL 32896-0061

00150000000000 001500002985000 000650159 0714029 13062

***Customer Service:*** For account information, call the number on the front of this statement. For Hearing or Speech disabilities, use a TRS. Unless your name is listed on this statement, your access to information on the account may be limited. You may also mail questions (but not payments) to: **P.O. Box 965033, Orlando, FL 32896-5033.** Please include your account number on any correspondence you send to us.
***Payments:*** Send payments to the address listed on the remittance coupon portion of this statement or pay online at www.mysynchrony.com.
***Overnight Payments:*** Payments cannot be made in person; mail payments to Synchrony Bank, 140 Wekiva Springs Road, Longwood, FL 32779.
***Notice:*** See below for your Billing Rights and other important information. Telephoning about billing errors will not preserve your rights under federal law. To preserve your rights, please write to our Billing Inquiries Address, P.O. Box 965035, Orlando, FL 32896-5035.

Purchases, returns and payments made just prior to billing date may not appear until next month's statement. When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. When we use information from your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment and you will not receive your check back from your financial institution. **You may choose not to have your payment collected electronically by sending your payment (with the remittance coupon) in your own envelope – not the enclosed remittance envelope, addressed to: PO Box 530960, Atlanta, GA 30353-0960 and not the payment address.**

***What To Do If You Think You Find A Mistake On Your Statement:***

If you think there is an error on your statement, write to us at:

Synchrony Bank, P.O. Box 965035, Orlando, FL 32896-5035.

In your letter give us the following information:

- *Account information:* Your name and account number
- *Dollar amount:* The dollar amount of the suspected error
- *Description of problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors *in writing*. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question or report you as delinquent on that amount.
- The charge in question may remain on your statement and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

***Your Rights If You Are Dissatisfied With Your Credit Card Purchases***

If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase. To use this right, all of the following must be true:

1. The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (**Note:** Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)
2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify.
3. You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us *in writing* at:

Synchrony Bank
P.O. Box 965035, Orlando, FL 32896-5035

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

***Information About Payments: You may at any time pay, in whole or in part, the total unpaid balance without any additional charge for prepayment.*** Payments received after 5:00 PM (ET) on any day will be credited as of the next day. Credit to your account may be delayed up to five days if payment (a) is not received at the payment address, (b) is not made in U.S. dollars drawn on a U.S. financial institution located in the U.S., (c) is not accompanied by the remittance coupon attached to your statement, (d) contains more than one payment or remittance coupon, (e) is not received in the remittance envelope provided or (f) includes staples, paper clips, tape, a folded check or correspondence of any type.

**Conditional Payments**: All written communications concerning disputed amounts, including any check or other payment instrument that: (i) indicates that the payment constitutes "payment in full" or is tendered as full satisfaction of a disputed amount, or (ii) is tendered with other conditions or limitations ("Disputed Payments"), must be mailed or delivered to us at

P.O. Box 965035, Orlando, FL 32896-5035.

***Credits To Your Account:*** An amount shown in parenthesis is a credit or credit balance unless otherwise indicated. Credits will be applied to your previous balance immediately upon receipt, but will not satisfy any required payment that may be due.

***Credit Reports and Account Information:*** If you believe that we may have reported inaccurate information about you to a consumer-reporting agency, please contact us at P.O. Box 965036, Orlando, FL 32896-5036. In doing so, please identify the inaccurate information and tell us why you believe it is incorrect. If you have a copy of the credit report that includes the inaccurate information, please include a copy of that report. We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

***How We Calculate Interest:*** We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. We then add the interest to the daily balance. To get the "daily balance" we take the beginning balance of your account each day (which includes unpaid interest), add any new charges, and applicable fees, and subtract any payments or credits. This gives us the daily balance. Any daily balance of less than zero will be treated as zero. A separate daily balance will be calculated for each balance type on your account. The balance(s) shown in the Interest Charges section of this statement is the sum of the daily balances for each day in the billing cycle divided by the number of days in the billing cycle.

***Bankruptcy Notice:*** If you file bankruptcy you must send us notice, including account number and all information related to the proceeding to the following address: Synchrony Bank, Attn: Bankruptcy Dept., P.O. Box 965064, Orlando, FL 32896-5064.

***Your account is owned and serviced by Synchrony Bank.***

***Use of Information About You and Your Account:*** Our Privacy Policy describes our collection and disclosure of information about you and your Account. If you would like another copy of the Privacy Policy, please call us at the customer service telephone number indicated on the front of this statement.

[35453A] 01DG5302-1-02/07/18

This is an attempt to collect a debt and any information obtained will be used for that purpose.

*By providing a telephone number on your account, you consent to Synchrony Bank and any other owner or servicer of your account contacting you about your account, including using any contact information or cell phone numbers you provide, and you consent to the use of any automatic telephone dialing system and/or an artificial or rerecorded voice when contacting you, even if you are charged for the call under your phone plan.

For changes of address and/or phone number, please check the box and print the changes below.

☐ Street Address ______
City, State ZIP ______
Phone # ______

*Home Phone # *Business Phone # *Cell # or other phone # we can use to contact you

Remember, you can update the above information as well as your email address online at www.mysynchrony.com.

# THERE FOR YOU, EVERY DAY

**Get 6 months promotional financing** on purchases of $199 or more with your Synchrony Car Care™ credit card at over 500,000 locations.*




*Subject to credit approval. Minimum monthly payments required. See merchant or mysynchrony.com/carcare for promotional financing details and merchant locations.


0-1
1-2

## Promotional Purchase Summary

| Promotional Expiration Date | Promotional Balance | Deferred Interest Charge | Tran Date | Description | Initial Purchase Amount |
|---|---|---|---|---|---|
| 04/12/2020 | $2,985.00 | $2.45 | 10/12/2019 | Deferred Interest/No Interest If Paid In Full | $2,985.00 |

A summary of your promotional purchase is provided above.
If you have a DEFERRED INTEREST/NO INTEREST IF PAID IN FULL promotion: To avoid paying Deferred Interest Charges on these promotion(s), you must pay the entire applicable Promotional Balance by the Promotional Expiration Date.

To make more than one payment see Make Payment To address or pay online at mysynchrony.com.

## Transaction Summary

| Tran Date | Post Date | Reference Number | Description | Amount |
|---|---|---|---|---|
| 10/12/2019 | 10/13/2019 | 8534838759JV99HSA | DETROIT 1 TIRE AND AUTO I DETROIT MI | $2,985.00 |
| | | | DEFERRED INTEREST/NO INTEREST IF PAID IN FULL | |
| | | | **FEES** | |
| | | | **TOTAL FEES FOR THIS PERIOD** | **$0.00** |
| | | | **INTEREST CHARGED** | |
| 10/13/2019 | 10/13/2019 | | INTEREST CHARGE ON PURCHASES | $0.00 |
| | | | **TOTAL INTEREST FOR THIS PERIOD** | **$0.00** |

| 2019 Totals Year-to-Date | |
|---|---|
| Total Fees Charged in 2019 | $0.00 |
| Total Interest Charged in 2019 | $0.00 |
| Total Interest Paid in 2019 | $0.00 |

## Statement Credits Earned this period

| | |
|---|---|
| Total Statement Credits earned this period | $0.00 |
| Annual Statement Credits earned | $0.00 |

## Your Account News

Get Gas and Go. You can use your card for all your car care needs at thousands of Synchrony Car Care locations and gas stations nationwide.
Find a location at mysynchrony.com/carcare

## Interest Charge Calculation

| Type of Balance | Expiration Date | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|---|
| Purchases | NA | 29.99% | $0.00 | $0.00 |
| Deferred Interest/No Interest If Paid In Full | 04/12/2020 | 29.99% | $2,985.00 | $0.00 |

## New Promotional Financing Plans

This notice is to let you know about some promotional financing plans that may be available for you when you use your card for **future** purchases. This is only a summary of key terms. At times, we may offer you other promotional financing plans for certain purchases. Details of available promotions will be provided to you at the time of your transactions. Not all plans or all plan periods will be available at every retailer. For purposes of this notification, your **Purchase Annual Percentage Rate ("APR")** is **29.99%**. See the Interest Charge Calculation section of this billing statement to determine if this APR is variable. If a (v) is shown next to your APR, this APR will vary with the market based on the prime rate. Subject to credit approval. Regular account terms apply to non-promotional purchases and, after promotion ends, to promotional purchase.

Continued on next page

## New Promotional Financing Plans (Continued)

**No Interest if Paid Within Promotional Period**
(These can be advertised as Deferred Interest promotions)
Under this promotion, no Interest Charges will be assessed if the promotional purchase balance (including any promotional fee) is paid in full within the promotional period. If the promotional purchase balance is not paid in full by the end of the promotional period, interest will be imposed from the date of purchase at the **Purchase APR** stated above. Minimum monthly payments are required. This promotion may be offered for periods of **6, 9, 12, 15, 18 or 24 months.**

In addition to participating Synchrony Car Care locations, your card is now accepted at 500,000 additional auto parts and service businesses. Visit mysynchrony.com/carcare to find locations near you. Card purchases of $199 or more made at these additional auto parts and service businesses are eligible for the No Interest if Paid in Full within 6 Months promotion described above. Promotional financing is not available for gas station purchases.

**Please keep this for your records.** If you have any questions, please call us at the Customer Service number shown on your statement.

## Cardholder News & Information

Synchrony Bank may continue to obtain information, including employment and income information from others about you (including requesting reports from consumer reporting agencies and other sources) to review, maintain or collect your account.

SYNCHRONY CAR CARE™

**Need to activate your card?** Visit mysynchrony.com/carcare | Call 1-866-657-0369



0-1
1-2

# FOR ALL OF YOUR CAR CARE NEEDS

From the routine to the unexpected, your Synchrony Car Care™ credit card is there to help you, any time you need it.

**Get 6 months promotional financing** every day on purchases of $199 or more at locations nationwide*

**Fuel up nationwide** Your card is accepted at over 200,000 gas stations nationwide including all major gas brands**

## Find a location near you

**Search for participating gas stations and auto parts and service businesses at mysynchrony.com/carcare**

## Plus, enjoy these great benefits!

- No annual fee
- $0 fraud liability for unauthorized charges regardless of the amount†
- Manage your account online 24/7 with secure online account access
- Customized account alerts

*,**Subject to credit approval.

*Minimum monthly payments required. See merchant or mysynchrony.com/carcare for promotional financing details and merchant locations. Gas station purchases are not eligible for promotional financing.

**Valid everywhere Synchrony Car Care™ is accepted in the U.S., including Puerto Rico.

†Unauthorized use does not include charges by a person to whom you have given authority to use your account or card, and you will be liable for all use by such person.

5302 0010 CXH 1 7 10 191013