SYNCHRONY BANK
PO BOX 965033
ORLANDO, FL 32896-5033

October 24, 2019

YVONNE RIVERA
[redacted]

A00023864

S310

**Regarding your SYNCHRONY CAR CARE account ending in [redacted]**

Dear Yvonne Rivera,

SYNCHRONY BANK has received your credit line increase request for your account. We are unable to approve your request at this time.

The reason(s) for our decision are listed below:

Too many recent credit line increases on this account

If you have any questions, please call the phone number listed below.

Sincerely,

SYNCHRONY BANK
1-866-657-0376

***Please see reverse side for important information***

Account is owned by SYNCHRONY BANK

ALL PERSONS TO WHOM THIS LETTER IS ADDRESSED

Please direct any inquiries concerning this notice to the creditor whose name and address is located in the upper left hand corner of the reverse side.

Requests for a copy of your credit report should be sent to the credit reporting agency listed on the reverse side. If no agency is listed, a credit report was not utilized in making this decision.

The Federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided the applicant has the capacity to enter into a binding contract), because all or part of the applicant's income derives from any public assistance program or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act.

Creditor: Synchrony Bank. The federal agency that administers compliance with this law concerning this creditor is the Consumer Financial Protection Bureau, 1700 G Street NW., Washington, DC 20006.

Creditor: Retail Finance Credit Services, LLC. The federal agencies that administer compliance with this law concerning this creditor are the Consumer Financial Protection Bureau, 1700 G Street NW., Washington, DC 20006 and the Federal Trade Commission Equal Credit Opportunity, Washington, DC 20580.

Under the federal Fair Credit Reporting Act, if a consumer reporting agency or agencies is identified in this letter, you have the right (i) to obtain, within 60 days from your receipt of this letter, a free copy of a consumer report on you from the identified agency or agencies and (ii) to dispute the accuracy or completeness of any information on you in a consumer report furnished by the consumer reporting agency or agencies.

**OHIO RESIDENTS:** The Ohio laws against discrimination require that all creditors make credit equally available to all credit worthy customers and that credit reporting agencies maintain separate credit histories on each individual upon request. The Ohio Civil Rights Commission administers compliance with this law.