synchrony FORCED PURCHASE: **Merchant Copy**

SYNCHRONY CAR CARE ([redacted])
DETROIT 1 TIRE AND AUTO I
14595 LIVERNOIS AVE
DETROIT , MI 482382010
10/24/2019 03:06:30 PM EDT

**Account Number:** [redacted]

**Plan Number & Description:** 000 : 6 months DEFERRED/NO INT IF PD IN FULL

**Invoice Number:** 4821

**Amount:** $ 4500.00

With Payments/Deferred Interest
No Interest Charges will be assessed if the promotional purchase balance is paid in full within the Promotional Period, which is in **6 months.** If the promotional purchase balance is not paid in full by the end of this Promotional Period, interest will be imposed from the date of purchase at theAnnual Percentage Rate of **29.99%**.If the word "variable" appears in the previous sentence, that APR will vary with the market based on the prime rate.Minimum monthly payments are required. Regular account terms apply to non-promotional purchases and, after promotion ends, to promotional purchase.

**SIGN X** Yvonne Rivera

YVONNE RIVERA

**SEQ #:** 776845 **AVS Code:** **AUTH #:** 663821

You do not need to record the Cardholder ID for this transaction because the account number was keyed or the card was swiped.