**IMPERIAL AUTO & TRUCK INC.**
8820 Lyndon
Detroit, MI. 48238-2303
Phone: 313-491-2400 Fax: 313-486-1919
imperialautomailbox@gmail.com

**INVOICE**
**35061**

Reg# F146459

# INVOICE

Work Completed : 12/31/2019 **Date: 01/03/2020**

**Rivera, Yvonne**
[redacted]
Cellular 1 [redacted]

2004 Dodge - Stratus SXT - 2.4L, In-Line4 (148CI) VIN(X)
Lic # : [redacted]
Odometer In : 96602
Odometer Out : 96602
VIN # : 1B3EL46X4 **4N272831**

| Part Description | Qty | Sale | Ext |
|---|---|---|---|
| Flex flange repair kit | 1.00 | 90.48 | 90.48 |
| Materials | 1.00 | 19.40 | 19.40 |

| Labor Description | Hours | Ext |
|---|---|---|
| Ck oil leak and front suspension<br>Has server trans leak and loose sway bar links | 0.50 | 40.00 |
| Check exhaust and advise<br>Symptom: -<br>Replace front flex unit and front pipe Install necessary hangers | 1.20 | 96.00 |

IMPERIAL AUTO _TRUCK
8820 LYNDON STREET
DETRIOT, MI 48328
01/03/2020 16:28:27
CREDIT CARD
VISA SALE

| | |
|---|---|
| Card # | XXXXXXXXXXX[redacted] |
| Chip Card: | VISA CREDIT |
| AID: | A0000000031010 |
| ATC: | 00EE |
| ARQC: | CF1E5931626AD11F |
| SEQ #: | 4 |
| Batch #: | 437 |
| INVOICE | 4 |
| Approval Code: | 56833D |
| Entry Method: | Chip Read |
| Mode: | Issuer |

SALE AMOUNT $252.47

CUSTOMER COPY

[ Payments - ]

***Open 8:30 - 6:00 Monday thur Friday. 8:30 - 2:00 Saturaday***

All repairs and parts listed were furnished in compliance with Michigan auto repair act (P.A. 300).

All work Guaranteed

Warranty - labor 6 months, parts 12 months which ever occurs first unless otherwise stated. (30 days on used parts). No warranty If vehicle has been tampered with or if parts were not supplied by us. Signer acknowledges having read and agrees to all provisions stated

| | |
|---|---|
| Labor: | 136.00 |
| Parts: | 109.88 |
| Sub: | 245.88 |
| Tax: | 6.59 |
| Total: | $252.47 |
| Bal Due: | $252.47 |

Vehicle Received: 12/27/2019

Customer Number : 3471

Signature ______________________ Date ______________________

Visit us on the web : www.imperialauto-truck.com

Our Email Address: *imperialautomailbox@gmail.com*

Service Advisor : Write up, Gary, Tech : Gary, Edwards M113058



Copyright (c) 2020 Mitchell Repair Information Company, LLC invhrs 9.15.17d

IMPERIAL AUTO & TRUCK INC.
8820 Lyndon
Detroit, MI. 48238-2303
Phone: 313-491-2400 Fax: 313-486-1919
imperialautomailbox@gmail.com

INVOICE
35061

Reg# F146459

# INVOICE

Work Completed : 12/31/2019 **Date: 01/03/2020**

**Rivera, Yvonne**
[redacted]
Cellular 1 [redacted]

2004 Dodge - Stratus SXT - 2.4L, In-Line4 (148CI) VIN(X)
Lic # : [redacted]
Odometer In : 96602
Odometer Out : 96602
VIN # : 1B3EL46X4 **4N272831**

| Part Description | Qty | Sale | Ext |
|---|---|---|---|
| Flex flange repair kit | 1.00 | 90.48 | 90.48 |
| Materials | 1.00 | 19.40 | 19.40 |

| Labor Description | Hours | Ext |
|---|---|---|
| Ck oil leak and front suspension<br>Has server trans leak and loose sway bar links | 0.50 | 40.00 |
| Check exhaust and advise<br>Symptom: -<br>Replace front flex unit and front pipe Install necessary hangers | 1.20 | 96.00 |

A
En
Mod

SALE , ...T/

CUSTOMER COPY

[ Payments - ]

*Open 8:30 - 6:00 Monday thur Friday. 8:30 - 2:00 Saturaday*

All repairs and parts listed were furnished in compliance with Michigan auto repair act (P.A. 300).

All work Guaranteed

Warranty - labor 6 months, parts 12 months which ever occurs first unless otherwise stated. (30 days on used parts). No warranty If vehicle has been tampered with or if parts were not supplied by us. Signer acknowledges having read and agrees to all provisions stated

| | |
|---|---|
| Labor: | 136.00 |
| Parts: | 109.88 |
| Sub: | 245.88 |
| Tax: | 6.59 |
| Total: | $252.47 |
| Bal Due: | $252.47 |

Vehicle Received: 12/27/2019

Customer Number : 3471

Signature ______________________ Date ______________________

Visit us on the web : www.imperialauto-truck.com

Our Email Address: *imperialautomailbox@gmail.con*

Service Advisor : Write up, Gary, Tech : Gary, Edwards M113058



Copyright (c) 2020 Mitchell Repair Information Company, LLC invhrs 9.15.17