To whom it may concern

My name is Yvonne Rivera and I am writing this letter in regards to my account with you. I recently had a very bad experience with one of your vendors (Detroit Tire Inc). I took my car there to be checked out and I was informed by a technician by the name of Jamal that I needed to have the transmission replaced. I authorized the transmission to be replaced only to be notified that they put a used transmission in that was leaking so the y were going to replace it again. After having my car for over a month and many attempts at trying to find out why it was taking so long... I was finally notified that the car was done. When I went to the shop to see about getting the car I was notified that the technician Jamal who initially was working on the car was fired for "messing up other peoples cars". They then gave me a invoice for $8,900.00 and told me I had to pay that amount or I could not get my car back. They offered me financing and I was approved for $4,500.00 from your company and they tried to increase the amount to cover the entire $8,900 however I was denied twice. They ended up charging above my credit limit on the card.

I did not authorize the repairs. I never received a estimate before the work as done. I took my car to another repair shop for examination and the transmission was leaking excessively. The exhaust was broken in 2 places which they had worked on in February 2019. The control arm that was supposed to be replaced was just painted over. I trusted the company with my car only to find out that they were taking advantage of me, and I still don't have a car that suitable to drive after they allegedly did $8,900 dollars of work on a car with a blue book value of about $2000.00. This is causing me extreme stress. I'd like for you to investigate this situation. I have already filed a complaint with the State of Michigan with the mechanic shop.

Thank You

Yvonne Rivera

Account # [redacted]

7016 0600 0000 7866 2739

Certi
$
Extra
☐ R
☐ R
☐ C
☐ A
☐ A
Posta
$
Total
$
Sent
Street
City, S
PS F

FENKELL
2720 FENKELL ST
DETROIT, MI 48238-9998
252503-0238
(800)275-8777
12/04/2019 01:11 PM

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| First-Class Mail® Large Envelope (Domestic) (ORLANDO, FL 32896) (Weight:0 Lb 3.20 Oz) (Estimated Delivery Date) (Saturday 12/07/2019) | 1 | $1.45 | $1.45 |
| Certified (USPS Certified Mail #) (70160600000078662739) | | | $3.50 |
| Return Receipt (USPS Return Receipt #) (9590940236787335002574) | | | $2.80 |
| Total: | | | $7.75 |
| Cash | | | $8.00 |
| Change | | | ($0.25) |

Text your tracking number to 28777 (2USPS) to get the latest status. Standard Message and Data rates may apply. You may also visit www.usps.com USPS Tracking or call 1-800-222-1811.

Preview your Mail
Track your Packages
Sign up for FREE @
www.informeddelivery.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.

HELP US SERVE YOU BETTER

TELL US ABOUT YOUR RECENT
POSTAL EXPERIENCE

Go to:
https://postalexperience.com/Pos

840-5481-0098-002-00026-63347-02

or scan this code with
your mobile device:

or call 1-800-410-7420.

YOUR OPINION COUNTS

7016 0600 0000 7866 2739

OFFICIAL USE

Certified Mail Fee $3.50

$

Extra Services & Fees (check box, add fee as appropriate) $2.80

☐ Return Receipt (hardcopy) $ $0.00

☐ Return Receipt (electronic) $ $0.00

☐ Certified Mail Restricted Delivery $ $0.00

☐ Adult Signature Required $ $0.00

☐ Adult Signature Restricted Delivery $

Postage $1.45

$

Total Postage and Fees $7.75

$

Postmark Here

DEC 4 2019

12/04/2019

Sent To

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

...your Packages
Sign up for FREE @
www.informeddelivery.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.

HELP US SERVE YOU BETTER

TELL US ABOUT YOUR RECENT
POSTAL EXPERIENCE

Go to:
https://postalexperience.com/Pos

840-5481-0098-002-00026-63347-02

or scan this code with
your mobile device:

or call 1-800-410-7420.

YOUR OPINION COUNTS

Receipt #: 840-54810098-2-2663347-2
Clerk: 37

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Synchrony Bank
PO Box 965033
Orlando, FL 32896-5033 (corrected to 5135)

9590 9402 3678 7335 0025 74

2. Article Number (Transfer from service label)

7016 0600 0000 7866 2739

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X ☐ Agent ☐ Addressee

MAIL DEC 10 2019

B. Received by (Printed Name) | C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

PM
Compass 511, LLC

3. Service Type
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☐ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ [Insured M]ail
- ☐ [Insured M]ail Restricted Delivery (over $500)
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Return Receipt for Merchandise
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053 Domestic Return Receipt