SYNCHRONY BANK
P.O. Box 965033
Orlando, FL 32896-5033

59127
S312

12/16/2019

YVONNE RIVERA
[redacted]

**Account Number Ending In:** [redacted]

Dear YVONNE RIVERA,

Thank you for your recent inquiry regarding your SYNCHRONY CAR CARE account, and the opportunity to be of service to you.

We appreciate your patience while we look into your account. It may take us one to two billing cycles to respond to you.

We value your business. Our experienced team of Customer Care Specialists are ready to help, if you need further assistance.

Sincerely,

Synchrony Customer Service
1-866-657-0376

NOLD161G 5302 5012 104 07 191216 PAGE 00001 OF 00001 1D11 59127