**Synchrony Bank**
Customer Service
PO Box 965035
Orlando, FL 32896-5035
*www.mysynchrony.com*

February 3, 2020

Yvonne Rivera
[redacted]

**RE:** Synchrony Car Care Account Ending in [redacted]
**Creditor:** Synchrony Bank

Dear Yvonne Rivera:

Thank you for your patience while we researched your dispute in regard to your Synchrony Car Care charge account. We have considered your rights under the terms of the Fair Credit Billing Act. Your claim was acknowledged and presented to Detroit Tire Inc. A copy of their response is enclosed.

After review of your account, we have concluded no billing error occurred. The merchant attempted to contact you to address the problem, but could not reach you. Please contact Detroit Tire Inc directly at 313-861-6500 to have your concerns addressed. Synchrony Bank encourages you to work with the merchant in order to assure the most effective resolution of your claim.

On the basis of information available from both parties, we have released the dispute in the merchant's favor. At this time, we consider the dispute closed. The previously disputed amount, still unpaid, will be included on your next statement and due with your next payment.

In accordance with Federal Regulations, we are providing you the address of each credit bureau agency that reports this account on your credit bureau report.

Equifax
PO Box 740256
Atlanta GA 30374 0256

Experian
701 Experian Pky
PO Box 2002
Allen, TX 75013

TransUnion
2 Baldwin Place
PO Box 1000
Chester, PA 19022

Innovis Consumer Assistance
PO Box 1358
Columbus, OH 43216-1358

If we may be of additional assistance, please contact customer service at (866) 893-7864. If you have information or documentation to support your billing inquiry not previously provided to us, please contact a billing inquiry specialist at (877) 891-9802 between the hours of 9:00 a.m. and 5:00 p.m. Eastern Time, Monday through Friday.

Sincerely,

Specialist, Billing Inquiries
for Synchrony Bank
Enclosure 12308018

# Detroit 1 Tire and Auto, Inc.

14595 Livernois Avenue
Detroit, MI, 48238
P: (313) 861-5500

Jan 30, 2019

No: 13020-01

Synchrony Bank-Cardholder Disputes Department
OH3-4336
P.O. Box 8726
Dayton, Ohio 45401-8726 USA
F: (866) 498-9192

| | | | |
|---|---|---|---|
| Ticket Amount: | $2,985.00 | $1,415.00 | $4,500.00 |
| Transaction Date: | 10/12/2019 | 10/15/2019 | 10/24/2019 |

To Whom It May Concern:

We have received your letter that enclosed a copy of Ms. Yvonne Rivera's complaint about a service charge in Detroit 1 Tire and Auto.

On the October 10th 2019, Ms. Yvonne Rivera walked into Detroit 1 Tire and Auto bringing her vehicle to be fixed. Ms. Rivera advised our service writer that the vehicle is shooting up and its possible TCM issue. Ms. Rivera signed the necessary paperwork to start checking her vehicle (Estimate #004818). Our service writer in Detroit 1 Tire and Auto advised Ms. Rivera with the essential repairs and their cost that need to be done on the vehicle.

Ms. Rivera stated that she wants to keep her vehicle and spend some money to fix it and get it back in a good shape, rather than buying a car that might need more work on it to be safe on the road. Therefore, our service advisor, answering Ms. Rivera's request, did a full inspection on her vehicle and informed her with a detailed estimate of the repair that needs to be done on the vehicle.

Our service advisor clarified to Ms. Rivera the necessity of the repair. Our service advisor offered Ms. Rivera a finance option with a Synchrony bank credit card to assist her in paying for the repair. Our service advisor explained thoroughly to Ms. Rivera how these finance options work and provided her with all phone numbers if she wants to call and question any further information.

After getting the approval on the repair, Ms. Rivera filled and signed all applications personally. Our mechanics professionally completed the repair as requested and advised. As a result, invoice #4821 was generated and signed by Ms. Yvonne Rivera.

Furthermore, as the attachments present, Ms. Rivera signed the Synchrony bank Receipts that presets the amount financed. It is clear that Ms. Rivera was very aware that she personally paid for the requested and authorized all repairs presented on the invoice at the time she checked out due to the affirmation action of completing the finance application and signing invoice #4821.

Ms. Rivera falsely claimed in her letter to Synchrony bank she did not approve the amount was charged for at Detroit 1 Tire and Auto. however, her signature on the repair order presents her acknowledgment about the job price. Detroit 1 Tire and Auto, see that it is beyond belief or understanding how Ms. Rivera claiming that the amount agreed on was different due to the fact that her signature is a legal authorization to complete the job on the price presented.

Our service writers in Detroit 1 Tire and Auto tried multiple times to contact Ms. Rivera for any concerns. However, there was no response.

Our standard of practice in the Detroit 1 Tire and Auto **does not allow any type of customer misleading or fraud actions in our facilities.** Our core value in Detroit 1 Tire and Auto is to fulfill our customers' needs by maintaining a high level of work ethics.

Sincerely,

Detroit 1 Tire and Auto, Inc.
Management

RECEIVED 06/15/2017 01:44AM

**DETROIT TIRE INC**

4821
Org. Est. # 004818

14595 LIVERNOIS
Detroit, MI, 48238
Phone: 313-861-5500 Fax: 313-861-2082
M192054 RICHARDSON

F-168403
M234851 MALONE

# INVOICE

Work Completed Date : 10/23/2019 Print Date : 10/24/2019

RIVERA, YVONNE
[redacted]
Home [redacted]
Cust ID : [redacted]

2004 Dodge - Stratus SXT
2.4L, In-Line4 (148CI) VIN(X)
Lic # : [redacted]
Unit # : RED
Vin # : 1B3EL46X44N272831
Hat # :

Odometer In : 95,123
Odometer Out : 95,123

| Part Description / Number | Qty | Sale | Ext |
|---|---|---|---|
| TRANSMISSION ASSEMBLY USED | 1.00 | 2,184.99 | 2,184.99 |
| RADIATOR 98548 | 1.00 | 389.99 | 389.99 |
| FRONT STRUTS 83521 | 2.00 | 239.99 | 479.98 |
| REAR STRUTS 6698 | 2.00 | 229.99 | 459.98 |
| PROMETER ALL SEASON P205€0R16 | 4.00 | 149.99 | 599.96 |
| UPPER CONTROL ARMS 00559 | 2.00 | 192.87 | 385.74 |
| CV AXLES 659203 | 2.00 | 189.99 | 379.98 |
| REAR DRUMS 2012 | 2.00 | 129.99 | 259.98 |
| REAR BEARINGS 541541 | 2.00 | 321.09 | 642.18 |
| Shop Supplies | | 29.80 | 29.80 |

| Labor Description | Extended |
|---|---|
| CUSTOMER STATES AFTER 35-40 RPM SHOOTS UP POSSIBLE TCM CUSTOMER SAID | 0.00 |
| ELECTRICAL TRACE AND DIAG AUTH 03-12-1966 | 0.00 |
| REMOVE AND REPLACE TRANSMISSION ASSEMBLY | 985.00 |
| REMOVE AND REPLACE RADIATOR ASSEMBLY | 285.00 |
| REMOVE AND REPLACE FRONT STRUTS | 250.00 |
| REMOVE AND REPLACE REAR STRUTS | 290.00 |
| MOUNT AND BALANCE 4 NEW TIRES | 0.00 |
| REMOVE AND REPLACE FRONT UPPER CONTROL ARMS | 265.00 |
| REMOVE AND REPLACE FRONT CV AXLES | 250.00 |
| REMOVE AND REPLACE REAR BEARINGS AND DRUMS | 425.00 |
| ***Discount*** $24.10 off labor | |
| Hazardous Materials | 12.77 |

**** Recommendations ****
-BOTH FRONT STABILIZER LINKS
-FRONT ROTORS AND PADS
-REAR ROTORS AND PADS
-BOTH FRONT LINKS
-CUSTOMER INFORMED

THANK YOU FOR YOUR BUSINESS!!



Copyright (c) 2019 Mitchell Repair Information Company, LLC InvMeperStkPaperHrs 020819

RECEIVED 05/15/2017 01:44AM

**DETROIT TIRE INC**

4821
Org. Est. # 004818

14696 LIVERNOIS
Detroit, MI. 48238
Phone: 313-861-5500 Fax: 313-861-2062
M192054 RICHARDSON

F-168403
M234851 MALONE

# INVOICE

Work Completed Date : 10/23/2019 Print Date : 10/24/2019

2004 Dodge - Stratus SXT
2.4L, In-Line4 (148CI) VIN(X)

RIVERA, YVONNE
[redacted]
Home [redacted]
Cust ID : [redacted]

Lic # : [redacted]
Unit # : RED
Vin # : 1B3EL46X44N272851
Hat # :

Odometer In : 95,123
Odometer Out : 95,123

| Part Description / Number | Qty | Sale | Ext | Labor Description | Extended |
|---|---|---|---|---|---|

[ Technicians : WILLIAMS, GERALD M225152 ]

Org. Estimate $ 3,066.25 Revisions $ 0.00 Current Estimate $ 3,066.25

| | |
|---|---|
| Labor: | $2,750.00 |
| Parts: | $5,812.50 |
| Sublet: | $0.00 |
| Discount: | $24.10 |
| Sub: | $8,538.48 |
| Tax: | $348.75 |
| HazMat: | 12.77 |
| Total: | $8,900.00 |
| Bal Due: | $0.00 |

( Payments - SYNCH - $8,900.00 )

M272851 KHATO

I hereby authorize the above repair work to be done along with the necessary material and hereby grant you and/or your employees permission to operate the car or truck herein described on street, highways or elsewhere for the purpose to testing and/or inspection. An express mechanic's lien is hereby acknowledged on above car or truck to secure the amount of repairs thereto. Warranty on parts and labor is 3 months or 3,000 miles whichever comes first. Warranty work has to be performed in our shop & cannot exceed the original cost of repair all repairs properly preformed in compliance with Michigan auto repair act (p.a300) ......

SIGNATURE X Yvonne Rivera ........ Date 10-24-19 ........ Time ........
Written By: J, C



Copyright (c) 2019 Mitchell Repair Information Company, LLC InvIsspeSl:PaperHrz 020818

RECEIVED 06/15/2017 01:44AM

**Estimate #004818**

Est Date / Time : 10/07/2019 8:22 AM

**DETROIT TIRE INC**
14595 LIVERNOIS
Phone: 313-861-5500 Fax 313-861-2062
Detroit, MI. 48238
MICHIGAN REGISTRATION : F-168403

_______ month/ _________ mile warranty on all parts and labor unless otherwise specified.

Customer Details:
RIVERA, YVONNE
[redacted]
Home: [redacted]

Vehicle Details:
YMM : 2004 Dodge - Stratus SXT
Lic # : [redacted]
Unit # : RED
VIN # : 1B3EL46X4 4N272831

Odometer In: 0
Odometer Out: 0

| Part Description / Number | Qty | Sale | Ext | Labor Description | Extended |
|---|---|---|---|---|---|
| | | | | CUSTOMER STATES AFTER 35-40 RPM SHOOTS UP POSSIBLE TCM CUSTOMER SAID<br><br>[ Recommendations ]<br>-BOTH FRONT STABILIZER LINKS<br>-FRONT ROTORS AND PADS<br>-REAR ROTORS AND PADS<br>-BOTH FRONT LINKS<br>-CUSTOMER INFORMED<br><br>THANK YOU FOR YOUR BUSINESS!! | 0.00 |

Parts/Supplies: 0.00 Labor: 0.00 Total : $ 0.00

YOU ARE ENTITLED BY LAW TO THE RETURN OF ALL PARTS REPLACED EXCEPT THOSE WHICH ARE TOO HEAVY OR LARGE, AND THOSE REQUIRED TO BE SENT BACK TO THE MANUFACTURER OR DISTRIBUTOR BECAUSE WARRANTY WORK OR AN EXCHANGE AGREEMENT. YOU ARE ENTITLED TO INSPECT THE PARTS WHICH CANNOT BE RETURNED TO YOU.

Save ☐ Discard ☐ Signature: ____________

Estimated Increased Total: $ Authorized by:

Repairs Performed by: Mechanics Name & Michigan Certification Number

1. ____________

2. ____________

J, C

I hereby authorize the above repair work to be done along with the necessary materials, and hereby grant you and/or your employees permission to operate the car, truck or vehicle herein described on streets, highways or elsewhere for the purpose of testing and/or inspection. An express mechanic's lien is hereby acknowledged on above car, truck or vehicle to secure the amount of repairs thereto.

- CERTIFICATION -

ALL REPAIRS AND PARTS LISTED WERE FURNISHED IN COMPLIANCE WITH THE MICHIGAN AUTO REPAIR ACT (P.A. 300)
ALL PARTS ARE NEW UNLESS OTHERWISE STATED.

X



Copyright (c) 2019 Mitchell Repair Information Company, LLC - SeriesMI 8.5.11

RECEIVED 05/15/2017 01:44AM
https://businesscenter.synchronybusiness.com/portal/transactionPage/2

Business Center
synchrony

FORCED PURCHASE: Merchant Copy

SYNCHRONY CAR CARE [redacted]
DETROIT 1 TIRE AND AUTO I
14595 LIVERNOIS AVE
DETROIT , MI 482382010
10/24/2019 03:05:30 PM EDT

| | |
|---|---|
| Account Number: | [redacted] |
| Plan Number & Description: | 000 : 6 months DEFERRED/NO INT IF PD IN FULL |
| Invoice Number: | 4821 |
| Amount: | $ 4500.00 |

With Payments/Deferred Interest
No Interest Charges will be assessed if the promotional purchase balance is paid in full within the Promotional Period, which is in 6 months. If the promotional purchase balance is not paid in full by the end of this Promotional Period, interest will be imposed from the date of purchase at theAnnual Percentage Rate of 29.99%.If the word "variable" appears in the previous sentence, that APR will vary with the market based off the prime rate.Minimum monthly payments are required. Regular account terms apply to non-promotional purchases and, after promotion ends, to promotional purchase.

SIGN X Yvonne Rivera
YVONNE RIVERA

SEQ #: 775546 AVS Code: AUTH #: 683821

You do not need to record the Cardholder ID for this transaction because the account number was keyed or the card was swiped.

RECEIVED 06/15/2017 01:44AM

synchrony

Program
SYNCHRONY CAR CARE

Promotion/Tran Code
000

Cardholder Name
YVONNE RIVERA

Transaction Type
Purchase

Authorization Number
[redacted]

Invoice Number

Merchant Address
14595 LIVERNOIS AVE

Transaction Date/Time
10/12/2019 6:01 PM ET

Account Number
[redacted]

Transaction Amount
$2,985.00

Promotional Disclosures previously provided

SIGN X

YVONNE RIVERA

RECEIVED 06/15/2017 01:44AM



RECEIVED 06/15/2017 01:44AM

synchrony

Program
SYNCHRONY CAR CARE

Promotion/Tran Code
000

Cardholder Name
YVONNE RIVERA

Transaction Type
Purchase

Authorization Number
[redacted]

Invoice Number

Merchant Address
14595 LIVERNOIS AVE

Transaction Date/Time
10/15/2019 5:01 PM ET

Account Number
[redacted]

Transaction Amount
$1,415.00

Promotional Disclosures previously provided

SIGN X ______________________
YVONNE RIVERA