synchrony

P.O. Box 965030
Orlando, FL 32896-5030

January 8, 2020

Yvonne Rivera
[redacted]

RE: Synchrony Car Care™ Credit Card Account Ending in [redacted]

Dear Yvonne Rivera:

On behalf of Synchrony Bank, I am responding to your inquiry. I appreciate you bringing this matter to my attention.

Our records reflect your trade line is being reported to the major credit bureaus as $8,858.00. Please be advised this is the highest balance you have carried on the account since its inception. Currently, your credit limit is $4,4.00. Therefore, the information we reported to the major credit bureaus is accurate. Since we have reported accurate information pertaining to the account, we are unable to delete or modify the status as reported. Should your records differ, please provide a current copy of your credit report showing the disputed information.

Please be further advised that we have forwarded your request to our Disputes department for handling. Please contact us at the address shown above once this has been resolved.

Thank you for the opportunity to respond to your concerns. If you have additional questions regarding this matter, contact me at the address shown above. I welcome the opportunity to assist you.

Sincerely,

D. Anthony

D. Anthony
Credit Bureau Specialist

Doc ID: 191210I937546
Proc ID: 12049808