SYNCHRONY BANK
P.O. Box 965033
Orlando, FL 32896-5033

14047
S201

01/12/2020

YVONNE RIVERA
[redacted]

**Account Number Ending In:** [redacted]

NOLD161G 5302 5012 104 07 200112 PAGE 00001 OF 00001 1D01 14047

Dear YVONNE RIVERA,

Thank you for your recent inquiry regarding your SYNCHRONY CAR CARE account, and the opportunity to be of service to you.

We have received your inquiry regarding the disputed transaction(s) on your account. We will review all the information available to us as we conduct an investigation of your dispute.

While we conduct our research, your disputed balance will not be included in your minimum payment due. Additionally, no interest will be assessed on the disputed portion of your balance. A minimum payment will continue to be required and interest will continue to be assessed on the non-disputed portion of your balance.

If we need additional information from you, we will contact you by phone and/or mail. Please note that it could take up to 60 days to investigate and resolve your dispute.

After we have completed our investigation, you will receive a response via mail or email notifying you of the resolution of your dispute. If we find you are due credit for the charge, we will make all required adjustments to your account and the adjustments will be shown on your billing statement. If we find that the transaction was valid, we will include the reason(s) and supporting documentation where needed. The disputed amount will be placed back on your account and will be due according to the terms of your account.

Upon resolution of the billing dispute, normal billing will resume.

Thank you for bringing this to our attention and providing us the opportunity to be of service to you.

We appreciate you as a valued SYNCHRONY CAR CARE customer. If you have any questions or if we may be of further assistance, please contact us at the toll free number below.

Sincerely,

Customer Service Department
1-866-657-0376

Account is owned by SYNCHRONY BANK