UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

YVONNE RIVERA,

Plaintiff,

Case Nos. 20-13374

V.

District Judge Gershwin A. Drain
Magistrate Judge Kimberly G. Altman

DETROIT TIRE & AUTO SERVICE, ET. AL.,

Defendant.

_________________________________/

**NOTICE OF SETTLEMENT CONFERENCE**

A SETTLEMENT CONFERENCE in the above-entitled case has been set for OCTOBER 26, 2021 at 10:00 A.M. before U.S. Magistrate Judge Kimberly G. Altman at the Theodore Levin Courthouse, 231 W. Lafayette, Room 605, Detroit, MI 48226. CLIENT(S)/CLIENT REPRESENTATIVE(S) WITH FULL SETTLEMENT AUTHORITY MUST ATTEND THE SETTLEMENT CONFERENCE.

The parties shall submit concise confidential statements, **not to exceed five (5) pages**, summarizing their respective position(s) on the case and the history of all settlement negotiations.

Each party's confidential statement should be emailed to chambers efile_altman@mied.uscourts.gov **by close of business October 19, 2021,** and **is not to be filed with the Court or placed on the docket**.

Dated: August 20, 2021

I hereby certify that a copy of the foregoing document was served upon counsel of record on August 20, 2021, by electronic and/or ordinary mail.

s/Marie E. Verlinde
Case Manager