UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

YVONNE RIVERA,

Plaintiff,

Case No. 20-cv-13374

vs.

Hon. Gershwin A. Drain

SYNCHRONY FINANCIAL, a Delaware Corporation; DETROIT TIRE & AUTO SERVICE, INC., a Michigan Corporation; and DETROIT #1 TIRE & AUTO, INC., a Michigan Corporation,

Defendants.

---

**STIPULATED ORDER GRANTING DEFENDANTS, DETROIT TIRE & AUTO SERVICE, INC. AND DETROIT #1 TIRE & AUTO, INC.'S MOTION TO ALLOW PLAINTIFF TO DISCLOSE THE TERMS OF PLAINTIFF'S SETTLEMENT WITH FORMER DEFENDANT, SYCHRONY FINANCIAL [Dkt. 47]**

The parties having stipulated as evidenced by their signatures below,

IT IS ORDERED:

That Defendants, Detroit Tire & Auto Service, Inc. and Detroit #1 Tire & Auto, Inc.'s Motion to Allow Plaintiff to Disclose the Terms of Plaintiff's Settlement with Former Defendant, Synchrony Financial is granted on the following terms and conditions:

1. The Settlement Agreement shall only be disclosed to Defendants' counsel, Seikaly Bennett & Zeman, P.C., and to Mohamed Al-Lahham.

2. Any further disclosure of the Agreement shall only be allowed by agreement of all of the parties to the Settlement Agreement or upon order of the Court, after notice to all parties to the Settlement Agreement.

S/Kimberly G. Altman
HON. KIMBERLY G. ALTMAN
U.S. MAGISTRATE JUDGE

Dated: 10/13/2021

We hereby stipulate to entry of the above order.

/s/ Joon Sung
Joon Sung (P51498)
Attorney for Plaintiff

/s/ Alan J. Taylor
Alan J. Taylor (P51660)
Attorney for Former Deft/Synchrony Bank

/s/ Larry W. Bennett
Larry W. Bennett (P26294)
Attorney for Defts/Detroit Tire & Auto Service, Inc.
and Detroit #1 Tire & Auto, Inc.