UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Yvonne Rivera,

Plaintiff(s),

v.

Case No. 2:20−cv−13374−GAD−KGA
Hon. Gershwin A. Drain

Synchrony Financial, et al.,

Defendant(s),

## NOTICE TO APPEAR

You are hereby notified to appear before District Judge Gershwin A. Drain at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Room 761, Detroit, Michigan, for the following proceeding(s):

- STATUS CONFERENCE: October 29, 2021 at 09:30 AM

## Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

By: s/T McGovern
Case Manager

Dated: October 18, 2021