**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**

| | | |
|---|---|---|
| YVONNE RIVERA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 2:20-cv-13374-GAD-KGA |
| | ) | |
| v. | ) | |
| | ) | |
| SYNCHRONY FINANCIAL, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**STIPULATION AND ORDER FOR DISMISSAL OF ENTIRE CASE WITH PREJUDICE AND WITHOUT COSTS**

Pursuant to Fed. R. Civ. P. 41(a)(2) Plaintiff Yvonne Rivera ("Plaintiff") and Defendants Detroit Tire & Auto Service, Inc and Detroit #1 Tire & Auto, Inc, jointly stipulate and agree that this matter be dismissed with prejudice and without costs or attorney's fees to either party.

RESPECTFULLY SUBMITTED this 21st day of October, 2021.

*/s/ Joon H. Sung*
Joon H. Sung (P51498)
Lakeshore Legal Aid
Attorneys for Plaintiff

*/s/Larry W. Bennett*
Larry W. Bennett(P26294)
Seikaly, Bennett & Zeman, P.C.
Attorneys for
Defendants

# ORDER FOR DISMISSAL OF ENTIRE CASE WITH PREJUDICE AND WITHOUT COSTS

The Court having received the parties' Stipulation, and being otherwise fully advised in the premises,

IT IS HEREBY ORDERED that this entire matter is dismissed with prejudice and without costs or attorney's fees to either party.

Dated: October 21, 2021

/s/Gershwin A. Drain
Honorable Gershwin A. Drain
U.S. District Court Judge